**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
JOSE ANTONIO GUZMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-cr-00235-LJO |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) | SENTENCING HEARING TO |
| ) | OCTOBER 29, 2012 |
| vs. ) | |
| ) | |
| JOSE ANTONIO GUZMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter now set for September 4, 2012, **may be continued to October 29, 2012 at 8:30 A.M.**

Defendant is eligible for the safety valve. Both defense counsel and Ms. Montoya have been unable to arrange for the completion of a safety valve debriefing due to litigation and

///
///
///
///
///

vacation schedules and availability of the agents. The requested continuance will serve the ends of justice and result in the economic use of time and resources as well as conserve time and resources for all parties and the court.

Dated: August 30, 2012  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
VICTOR ALFONSO
MADRIGAL-CARDENAS

BENJAMIN B. WAGNER
United States Attorney

Dated: August 30, 2012  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

ORDER

Having read and considered the foregoing stipulation,

**IT IS THE ORDER** of the Court that the current Sentencing Hearing set for September 4, 2012, is hereby vacated and is reset for October 29, 2012 at 8:30 AM

IT IS SO ORDERED.

**Dated: August 30, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE