1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
6  Attorneys for Plaintiff
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        CASE NO. 1:11-cr-00235-LJO

12                    Plaintiff,    STIPULATION REGARDING
                                    CONTINUANCE OF SENTENCING
13 v.                               HEARING; ORDER

14 SOMSAK THOULY SOYINTHISANE,

15                    Defendant,

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant

18 SOMSAK THOULY SOYINTHISANE, by and through his counsel of record, hereby stipulate as

19 follows:

20     1.   By previous order, this matter was set for sentencing hearing on October 1, 2012 at

21 8:30 a.m.

22     2.   By this stipulation, the parties now move to continue the sentencing hearing until

23 December 10, 2012 at 8:30 a.m.  The parties agree and stipulate that additional time is needed to

24 prepare for the sentencing hearing.

25     IT IS SO STIPULATED.

26

27 DATED:  September 27, 2012        /s/ Laurel J. Montoya
                                     LAUREL J. MONTOYA
28                                   Assistant United States Attorney

Soyinthisane Stipulation and Proposed Order                1

DATED: September 27, 2012          /s/ Daniel Harralson
                                   DANIEL HARRALSON
                                   Attorney for Defendant Soyinthisane

O R D E R

IT IS SO FOUND AND ORDERED this 27 day of September, 2012.


                                   /s/ Lawrence J. O'Neill_____
                                   HON. LAWRENCE J. O'NEILL
                                   UNITED STATES DISTRICT JUDGE